UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ELLERY CHANNING WORKMAN,

Defendant.

ORDER

00 CR 00725-01 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Workman was sentenced by this Court on May 2, 2007, to probation for a term of three years, the first six months of which were home confinement. Defendant made an application, dated January 24, 2008, requesting that this Court modify a condition of probation to allow him to attend a business meeting in Cabo San Lucas, Mexico between the dates of April 22 through April 27, 2008, returning to his residence in Nashville, Tennessee, no later than April 28, 2008.

Defendant Workman's request is granted.

Dated: February 5, 2008
New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge